IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

STARR INDEMNITY & LIABILITY COMPANY,

*Plaintiff,*

-against-

CHOICE HOTELS INTERNATIONAL, INC.,

*Defendant.*

Civil Action No. 20-cv-03172 (PKC)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Starr Indemnity & Liability Company certifies and states as follows:

1. The following are corporate parents of Starr Indemnity & Liability Company:

    Starr Global Financial, Inc.

    Starr Insurance Holdings, Inc.

    Starr Global Holdings AG

    Starr International Company, Inc.

2. No publicly-held corporation owns 10% or more of its stock.

Dated:  April 22, 2020

NORTON ROSE FULBRIGHT US LLP

By: */s/ Thomas J. McCormack*
      Thomas J. McCormack

1301 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 318-3000
Facsimile:   (212) 318-3400
thomas.mccormack@nortonrosefulbright.com

Joy Langford
799 9th Avenue, NW #1000
Washington, DC  20001
Telephone:   (202) 662-0200
joy.langford@nortonrosefulbright.com

*Attorneys for Plaintiff Starr Indemnity & Liability Company*