UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STARR INDEMNITY & LIABILITY CO.,

                Plaintiff,                            ORDER

                -against-
                                                              20 Civ. 3172 (PKC)

CHOICE HOTELS INT'L, INC.,

                Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

         The trial of the action will begin on May 18, 2021 at 10 a.m. in Courtroom 11D. No opening statement is required in light of the parties briefing but if either side wishes to submit a written opening statement they may do so on or before May 11, 2021.

         SO ORDERED.

                                                               P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
         April 22, 2021