IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>CHOICE HOTELS INTERNATIONAL, INC.,<br><br>Defendant. | Cause No. 1:20-cv-03172-PKC |

## [PROPOSED] JUDGMENT

Pursuant to the May 18, 2021 trial of this matter and this Court's June 16, 2021 Findings of Facts and Conclusions of Law, it is hereby ORDERED AND ADJUDGED:

1. That the allegations found within the Complaint and Amended Complaint filed in the lawsuit styled *B.H. v. Choice Hotels International, Inc.* (19 Civ. 3442 [D.S.C.]) (hereinafter "Underlying Action") triggered Plaintiff Starr Indemnity & Liability Company's ("Starr") obligation to provide a defense to Defendant Choice Hotels International, Inc. ("Choice");

2. That Starr breached its contractual duty to defend Choice in the Underlying Action by denying and disclaiming all coverage obligations on the basis of the Abuse or Molestation Exclusion; and

3. That judgment is entered in favor of Choice, and against Starr, declaring that Starr had a contractual obligation and duty to defend Choice in the Underlying Action; ~~and~~

4. ~~That Choice may file its request for fees no~~ later than July 7, 2021.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
        7-21-21